■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVIS H. RAYMOND, Appellant. (Appeal No. 2.) [627 NYS2d 611] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from

Judgment of Cayuga County Court, Corning, J.—Burglary, 1st Degree.) Present—Denman, P. J., Pine, Wesley, Balio and Boehm, JJ.